# EXHIBIT "A"

Filing # 60500798 E-Filed 08/16/2017 03:34:05 PM

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA

CASE NO.:

PRIVILEGE UNDERWRITERS RECIPROCAL
EXCHANGE, a foreign corporation a/s/o
BRUCE BROUSSARD and JANINE
BROUSSARD,

        Plaintiff,

v.

JOE'S PROPERTY MANAGEMENT LLC,

        Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, a foreign corporation a/s/o BRUCE BROUSSARD and JANINE BROUSSARD, by and through their undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, respectively sues Defendant, JOE'S PROPERTY MANAGEMENT LLC, and as grounds therefore states as follows:

### GENERAL ALLEGATIONS COMMON TO ALL COUNTS

1.    This is a subrogated cause of action for damages to real and personal property owned by BRUCE BROUSSARD and JANINE BROUSSARD (collectively "BROUSSARD"); said damages exceed Fifteen Thousand Dollars and 00/100 ($15,000.00), exclusive of interest, attorneys' fees and costs and, therefore, the subrogated cause of action is within the subject matter jurisdiction of this Court.

PURE a/s/o Broussard
Complaint
Page 2 of 4

2. At all times material, PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE ("PURE") was and remains a foreign insurance corporation, doing business as an insurance carrier properly registered with the Florida Department of Insurance, and therefore, is authorized to transact business, and is transacting business, in the State of Florida, and in particular, Monroe County, Florida.

3. At all times material, BROUSSARD was the record owner of the property located at 104 Andros Road, Key Largo, FL 33037 ("Broussard Residence").

4. At all times material, JOES PROPERTY MANAGEMENT ("JOES) is and was a Florida corporation, authorized to and transacting business in the State of Florida, and in particular, Monroe County, Florida.

5. At all times material, JOES did commit tortious conduct in Monroe County, Florida.

6. On or about January 15, 2016 JOES was present at the Broussard Residence.

7. On or about January 15, 2016 JOES left a blanket on the stovetop at the Broussard Residence.

8. On or about January 15, 2016 JOES caused a burner on the stovetop to ignite while the blanket was lying on it.

9. As a direct and proximate result of JOES' conduct, a fire ignited and caused severe damage to the Broussard Residence.

10. BROUSSARD timely notified PURE, its insurer, of its claim for damages to the Broussard Residence. PURE determined the loss was a "covered loss" and paid accordingly.

11. PURE is subrogated to all the rights, claims and causes of action that BROUSSARD would otherwise have against JOES for damages caused to BROUSSARD.

PURE a/s/o Broussard
Complaint
Page 3 of 4

12. All conditions precedent to the institution of this action have been performed, occurred, waived or otherwise have been excused.

13. Venue is proper in this Court as all acts and/or omissions which form the basis of this action occurred in Monroe County, Florida.

## COUNT I - NEGLIGENCE

Plaintiff, PURE, hereby realleges and reaffirms paragraphs 1-13, as if fully set forth herein.

14. At all times material, JOES owed a duty of reasonable care to perform services at the Broussard Residence in such a way so as to not cause damage.

15. JOES breached its duty of care by turning on the stovetop while a blanket covered the stovetop surface.

16. As a direct and proximate result of JOES' conduct, a fire ignited and caused severe damage to the Broussard Residence.

17. As a direct and proximate result of JOES' conduct, BROUSSARD, and in turn, PURE, have suffered damages.

WHEREFORE, PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE a/s/o BRUCE BROUSSARD and JANINE BROUSSARD, by and through undersigned counsel, demands judgment against JOES PROPERTY MANAGEMENT LLC, for damages, costs, pre-judgment interest and such other relief as this Court deems just and proper.

PURE a/s/o Broussard
Complaint
Page 4 of 4

DATED this 15th day of August, 2017.

DERREVERE STEVENS BLACK & COZAD
2005 Vista Parkway, Suite 210
West Palm Beach, Florida 33411
Telephone: (561) 684-3222
Facsimile: (561) 640-3050
eservice@derreverelaw.com
kleal@derreverelaw.com

/s/ Michael B. Stevens
BY:_____
MICHAEL B. STEVENS, ESQUIRE
Florida Bar No. 0057466
MARY GRECZ, ESQUIRE
Florida Bar No. 115969